**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____     Chapter     7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Blue Ridge Arsenal at Winding Brook LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-1850270 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14725-K Flint Lee Rd.<br>Chantilly, VA 20151-1525 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fairfax | **Location of principal assets, if different from principal place of business** |
| County | 11547 Lakeridge Pkwy. Ashland, VA 23005-8204 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Blue Ridge Arsenal at Winding Brook LLC**                                          Case number *(if known)* _____
    Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    Blue Ridge Arsenal at Winding Brook LLC _____ Case number (if known) _____
     Name

---

**11.**  **Why is the case filed in**      *Check all that apply:*
     **this district?**

        ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

        ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.**  **Does the debtor own or**      ■ **No**
     **have possession of any**
     **real property or personal**      ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**

        **Why does the property need immediate attention?** (*Check all that apply.*)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

           What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____

           Number, Street, City, State & ZIP Code

        **Is the property insured?**

        ☐ **No**

        ☐ **Yes.**  Insurance agency _____

               Contact name _____

               Phone _____

---

           **Statistical and administrative information**

**13.**  **Debtor's estimation of**      .   *Check one:*
     **available funds**

        ■ Funds will be available for distribution to unsecured creditors.

        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.**  **Estimated number of**      ☐ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
     **creditors**          ☐ 50-99              ☐ 5001-10,000        ☐ 50,001-100,000
                  ☐ 100-199            ☐ 10,001-25,000      ☐ More than100,000
                  ■ 200-999

---

**15.**  **Estimated Assets**      ☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                  ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                  ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                  ☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

**16.**  **Estimated liabilities**      ☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                  ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                  ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                  ☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

Debtor    Blue Ridge Arsenal at Winding Brook LLC _____    Case number (*if known*) _____
      Name

## ◼ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 18, 2017
              MM / DD / YYYY

**X** /s/ Earl L. Curtis _____    Earl L. Curtis _____
Signature of authorized representative of debtor    Printed name

Title    Manager _____

**18. Signature of attorney**

**X** /s/ Steven B. Ramsdell, VA Bar _____    Date    September 18, 2017
Signature of attorney for debtor              MM / DD / YYYY

Steven B. Ramsdell, VA Bar
Printed name

Tyler, Bartl, Ramsdell & Counts, PLC
Firm name

300 N. Washington St.
Suite 310
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone    (703) 549-5000 _____    Email address _____

#33222
Bar number and State

5EI
1751 Pinnacle Dr., #600
McLean, VA 22102

Alby Kelley
12270 Coulter Ln.
Ruther Glen, VA 22546

Alex Reilly
7452 Mook Ct.
Mechanicsville, VA 23111

Alexander Llana
901 Pump Rd., Apt. 189
Henrico, VA 23238

Alexander Morgan
1563 Heritage Hill Dr.
Henrico, VA 23238

Alfred Crawford
2960 American Eagle Blvd.
Woodbridge, VA 22191

Allyn Luce
5 Lord Fairfax Dr.
Fredericksburg, VA 22405

Amber Jennings
7990 Willow Ave.
Mechanicsville, VA 23111

Andrew Charlton
9822 Gunston Hall Rd.
Fredericksburg, VA 22408

Andrew Gartin
7442 Mountain Lily Ln.
Mechanicsville, VA 23111

Andrew Myers
9083 Salient Ln.
Mechanicsville, VA 23116

Andrew Newell
5808 E. Rios Rd.
Richmond, VA 23227


Andrew Williams
8270 Scorecrow Rd.
Mechanicsville, VA 23111


Angela Bigley
93 Maple Springs Ct.
Mineral, VA 23117


Anthony Maiden
2413 Chester Hill Cir.
Richmond, VA 23234


Anthony Washington
210 E. 17th St.
Richmond, VA 23224


Antoine Robinson
6816 Amster Rd.
Richmond, VA 23225


April Dabney
10260 Jamestown Rd.
Ashland, VA 23005


Artemio Segura
318 Marbleridge Rd.
Richmond, VA 23236


Arthur Brown
3126 W. Cary St., #116
Richmond, VA 23221


Arthur Chester
10505 Qualla Rd.
Chesterfield, VA 23832


Austin Cooper
121 S. Holly Ave.
Henrico, VA 23075

Austin Creecy
3316 Grove Ave.
Richmond, VA 23221


Avalon Stenson
1808 N. 28th St.
Richmond, VA 23223


Avery Belton
7122 Nesbitt Dr.
Richmond, VA 23225


Benjamin Nickel
5407 Wyndemere Cir.
Mineral, VA 23117


Bernard Gray, II
17268 Camellia Dr.
Ruther Glen, VA 22546


Bhushan Surve
11994 Ashoun Oaks Ct.
Glen Allen, VA 23059


Billy Kendrick
413 Powhatan Hill Pl.
Manakin Sabot, VA 23103


Blue Ridge Arsenal, Inc.
14725-K Flint Lee Rd.
Chantilly, VA 20151-1525


Brad Mason
9825 Kingrock Ln.
Mechanicsville, VA 23116


Brandon Adams
8368 Burnside Dr.
Mechanicsville, VA 23116


Brandon Cary
8155 Hillis Way
Mechanicsville, VA 23111

Brandon Miller
7353 Jackson Arch Dr.
Mechanicsville, VA 23111


Brandon Serbay
426 Dorset Dr.
Ruther Glen, VA 22546


Brian Evans
2405 Agra Dr.
Henrico, VA 23228


Brian Gill
11304 Deephowen Ct.
Richmond, VA 23237


Brian Scythes
6110 Autumn Bluff Rd.
Powhatan, VA 23139


Brian Shaner
4930 Meredith Woods Rd.
Glen Allen, VA 23060


Brian Williams
5704 Carrington Hills Dr.
Glen Allen, VA 23060


Bruce Weinzimmer
7943 W. Lord Botetourt Loop
New Kent, VA 23124


Bryan Mabry
713 Welsh Dr.
Ruther Glen, VA 22546


Cambpell Harris
9116 Aaroe Dr.
Mechanicsville, VA 23116


Cameron Atkins
10080 Gathright Valley Ct.
Mechanicsville, VA 23116

Carl Graham
3709 Carlyle Ct.
Fredericksburg, VA 22408


Carl Shaw
10405 Hiawatha Pathway
Ashland, VA 23005


Carlton Randall
981 Swan Ln.
Ruther Glen, VA 22546


Carroll Davis
109 Beauregaurd Ave.
Henrico, VA 23075


Carter Tamara
5204 Pole Green Rd.
Mechanicsville, VA 23116


Charles Baker
9105 Fenway Dr.
Mechanicsville, VA 23116


Charles Boulden
8146 Burnside Ct.
Mechanicsville, VA 23116


Charles Glover
7605 Middlefield Ct.
Chesterfield, VA 23832


Charles Haynes
3970 Camellia Dr.
West Point, VA 23181


Charles Hudgins
4028 Fauquier Ave.
Richmond, VA 23227


Charles Putnam, III
12203 Glenn Tara Ct.
Midlothian, VA 23112

Charles Ward
14225 Jefferies Pl.
Midlothian, VA 23114


Chris Closs
7423 Sandy Ln.
Mechanicsville, VA 23111


Chris Durgin
2998 Willow Trace Ln.
Sandy Hook, VA 23153


Chris Jones
363 Fox Creek Rd.
Bumpass, VA 23024


Christian Swasey
P.O. Box 719
Mineral, VA 23117


Christina Scandifino
10375 Cohoken Pkwy.
Ashland, VA 23005


Christopher Boone
4207 Whitford Ct., #1705
Glen Allen, VA 23060


Christopher Borkowski
5636 Ivy Hill Dr.
Fredericksburg, VA 22407


Christopher Coan
200 Green Tree Rd., #101
Fredericksburg, VA 22406


Christopher Durgh
5119 Fairlake Ln.
Glen Allen, VA 23060


Christopher Martens
905 Glazebrook Dr.
Fredericksburg, VA 22407

Christopher Talley
312 N. Ivy Ave.
Henrico, VA 23075


Christopher Vanbibber
411 Marc Dr.
Spotsylvania, VA 22551


Christopher Wilmouth
2437 Mistwood Forest Dr.
Chester, VA 23831


Cindia Evans
9341 Barnescrest Dr.
Mechanicsville, VA 23116


Cindy Haynes
8859 Seaycroft Dr.
Mechanicsville, VA 23116


Clifford Anderson
1900 Neptune Dr.
Richmond, VA 23235


Clifford Temple
5506 Koufax Dr.
Richmond, VA 23234


Colin Bruguiere
2623 Hanover Ave.
Richmond, VA 23220


Colonial Truck, Inc.
11430 Air Park Rd.
Ashland, VA 23005


Comcast Cable
P.O. Box 37601
Philadelphia, PA 19101-0601


Conner Brent
7188 Ellerson Mill Cir.
Apt. G
Mechanicsville, VA 23111

Consolidated Container System
1700 Royal Cove Ct.
Virginia Beach, VA 23451


Craig Redford
912 Kilby Station Rd.
Ashland, VA 23005


Danee Willard
935 Joygreen Ln.
Sandston, VA 23150


Daniel Gallimore
11017 Greenstone Pl.
Glen Allen, VA 23060


Daniel McCleanaghan
2420 Quaker Rd.
Quinton, VA 23141


Daniel Mertz
9167 Gerry Ct.
Mechanicsville, VA 23116


Daniel Milliken
17278 Day Lily Dr.
Ruther Glen, VA 22546


Daniel Reedal
13346 Millbank Rd.
King George, VA 22485


Daniel Stroia
1504 Daris Ave.
Glen Allen, VA 23060


Daren Hill
112 Springwood Dr.
Fredericksburg, VA 22401


Darren Desoi
1262 Ashford Park Dr.
Glen Allen, VA 23059

David Frederick
1620 Hennington Pl.
Henrico, VA 23228

David Metcalf
8017 Sherwood Crossing Pl.
#104
Mechanicsville, VA 23111

David Miragliotta
7708 Marshall Arch Dr.
Mechanicsville, VA 23111

David Rice
13101 Tall Shadows Ln.
Apt. E
Fairfax, VA 22033

David Rutherford
7205 Brandy Branch Mill Rd.
Mechanicsville, VA 23111

David Young
10104 Weston Ct.
Fredericksburg, VA 22408

Dean Baddorf
11522 Old Carrollton Ct.
Richmond, VA 23236

Deborah L. Curtis
11021 Burywood Ln.
Reston, VA 20194

Debra Smith
12523 Eagle Ridge Rd.
Henrico, VA 23233

Donald Delesdernier
11280 Ashland Park Dr.
Ashland, VA 23005

Donald Floyd
1601 Donora Ct.
Richmond, VA 23224

Donald Jordan
437 Creekwillow Dr.
Midlothian, VA 23113


Donald Kowasic
8082 Manton Ct.
Mechanicsville, VA 23116


Donald Williams
1904 Court St.
Henrico, VA 23228


Donna Barcus-Bruder
251 Oakwood Dr.
Mineral, VA 22317


Donna Garstang
12185 Cheroy Rd.
Ashland, VA 23005


Donna Howard
12155 Howard Mill Dr.
Rockville, VA 23146


Douglas Bishop
12950 Cresent Green, #103-8
Midlothian, VA 23114


Douglas Stephens
425 Cernwall Dr.
Ruther Glen, VA 22546


Earl L. Curtis
1855 St. Francis Ct., #301
Reston, VA 20190


Edmund Whipple
10388 Brickerton Dr.
Mechanicsville, VA 23116


Edward Tully
10228 Sliding Rock Dr.
Mechanicsville, VA 23116

Ellett Brothers
P.O. Box 128
Chapin, SC 29036


Eric Chapman
9532 Silver Collection Cir.
Fredericksburg, VA 22408


Eric Jones
306 Bancroft Ave.
Richmond, VA 23222


ESI
10405 Lakeridge Pkwy.
Suite 1000
Ashland, VA 23005


Forrest Heinle
7149 Sugar Oak Ct.
Mechanicsville, VA 23111


Frank Wysor
184 Winding Ridge Way
Bumpass, VA 23024


Fred Derico
7404 Kelshire Tracce
Mechanicsville, VA 23111


Gail Olberg
33124 Discovery Ln.
Hanover, VA 23069


Gary Hayes
97 Loblolly Ln.
Mineral, VA 23117


Gene Sprouse
10325 Kiptopeake Way
Ashland, VA 23005


Gene Tomes
131 N. Bridge St.
Henrico, VA 23075

Geoffrey Kleb
8080 Manton Ct.
Mechanicsville, VA 23116


George Kovar
9094 Sutlers Ln.
Mechanicsville, VA 23116


George Ringo
14509 Farcet Dr.
Midlothian, VA 23112


George Satterwhite
205 Henry Clay Rd.
Ashland, VA 23005


Gerald Richardson
12812 Pennmardel Ln.
Henrico, VA 23233


Gerard Carlson
5724 Up A Way Dr.
Fredericksburg, VA 22407


Gideon Goldstein
6625 Charles City Rd.
Henrico, VA 23231


Global Trade Solutions
For Acusport Corp.
P.O. Box 1389
Kenner, LA 70063


Greg Dunaway
704 Scott Rd.
Richmond, VA 23227


Greg Edwards
9148 Jump Cir.
Mechanicsville, VA 23116


Gregory King, Jr.
410 Jackson Cir.
Fort Lee, VA 23801

Gregory Todd
9469 Deer Stream Dr.
Mechanicsville, VA 23111


Guy Carlsen
107 Ayletts Miller Dr.
King William, VA 23086


Harold Hackney
12134 Doswell Rd.
Doswell, VA 23047


Harry Darcy
11101 Wilkes Ridge Pkwy.
Henrico, VA 23233


Harvey Wilson
7813 Curtisdale Rd.
Henrico, VA 23231


Helen Williams
P.O. Box 1413
Bowling Green, VA 22427


Henry Lavender
5400 Newbys Wood Trl.
Chesterfield, VA 23832


Henry Smith
11308 Clovershill Dr.
Ashland, VA 23005


Herbert Eggleston
3510 Hemlock Rd.
Chester, VA 23831


Howard Bournes, Jr.
5204 Olde Millbrooke Dr.
Glen Allen, VA 23060


Ian Davilar
5009 Thrush Ln.
Richmond, VA 23227

Ian Houchens
10512 Genlou Rd.
Chesterfield, VA 23832


Iris Hamm
P.O. Box 223
Ruther Glen, VA 22546


Irving Wilson
3038 Judes Ferry Rd.
Powhatan, VA 23139


Jaccaud Justin
296 Bizerte Rd.
Fort Lee, VA 23801


Jacob Delgado
1211 Richmond Dr.
Stafford, VA 22554


Jacob Hooghouse
11209 Wilkes Ridge Pl., #11209
Henrico, VA 23233


Jamaal Guy
2910 Watts Ln.
Richmond, VA 23223


James Carrigan
8336 Plum Grove Dr.
Mechanicsville, VA 23111


James Cornell
10448 Colonial Estates Cir.
Glen Allen, VA 23059


James Gipson
11299 Crutchfields Ct.
Glen Allen, VA 23059


James Lipinski
7216 History Ln.
Mechanicsville, VA 23111

James Oliver
7165 Red Sash Rd.
Mechanicsville, VA 23116


James Owen
6032 Massaponax Dr.
Fredericksburg, VA 22407


James Reid
2148 E. Tremont Ct.
Richmond, VA 23225


James Smalls
2601 Genewa Dr.
Richmond, VA 23224


James Wilson
3503 Alberta Dr.
Fredericksburg, VA 22408


Jason Cahill
6700 Bugluers Trail Ln.
Moseley, VA 23120


Jason Lilcox
2071 Salient Ln.
Mechanicsville, VA 23116


Jason Owens
10448 Edgewood Dr.
King George, VA 22485


Jason Robinson
11047 Linderwood Dr.
Mechanicsville, VA 23116


Jason Smith
5225 Cobblers Stone Ct.
Glen Allen, VA 23059


Jason Wiseman
4069 Mineral Springs Ln.
Glen Allen, VA 23060

Jefferey Alford
7149 Mill Valley Rd.
Mechanicsville, VA 23111


Jeffery Perry
112 Courthouse Estates Dr.
King William, VA 23086


Jerry Barnhill
1016 Cross Ridge Ln.
Manakin Sabot, VA 23103


Jireh International
11127 Leadbetth Rd.
Ashland, VA 23005


Joan George-Sipe
7014 Pumlico Dr.
Mechanicsville, VA 23111


Joe Heller
11525 N. Lakeridge Pkwy.
Ashland, VA 23005


Johathan Lindley
66 Acadia St.
Stafford, VA 22554


Johathan Taylor
8905 Hollycroft Ct.
Mechanicsville, VA 23116


John Combs
7410 Atlee Rd.
Mechanicsville, VA 23111


John Doyle
5400 Newby Wood Trail
Chesterfield, VA 23832


John England
21537 Jade Woods Dr.
Bristol, VA 24202

John Jackson
1121 Sumpter St.
Richmond, VA 23220


John Joyce
1747 Fox Downs Ln.
Oilville, VA 23129


John Maloon
5406 Beaver Spring Rd.
Midlothian, VA 23112


John Markey
19159 Blackberry Ln.
Rockville, VA 23146


John Morgan, III
11507 Clintwood Terrace
Midlothian, VA 23112


John Morris
7421 Morris Rd.
Spotsylvania, VA 22551


John Tyler
27 Rock Barden Ln.
Henrico, VA 23228


Johnathan Madison
15 Johnson Dr.
Ruther Glen, VA 22546


Jonathan Dixon
330 Lay Landing Rd.
King William, VA 23086


Jonathan Shrier
8630 M Gailford Rd., #281
Columbia, MD 21046


Jonathan Taylor
8905 Hollycroft Ct.
Mechanicsville, VA 23116

Jonathan Wrenn
7858 Creek Bluff Ln.
Mechanicsville, VA 23111


Jonny Davis
1000 Longmont Ct.
Spotsylvania, VA 22553


Joseph Chambers
10309 Spencer Trail Pl.
Ashland, VA 23005


Joseph Christian
812 Timken Dr.
Henrico, VA 23229


Joseph Kapelewski
7711 Pomeroy Ct.
Henrico, VA 23228


Joseph Nowak III
606 Griffen Blvd.
Farmville, VA 23901


Josh Shipman
10421 Hillside Ln.
Fredericksburg, VA 22408


Joshua Fuqua
14125 Mountain Rd.
Glen Allen, VA 23059


Joshua New
6040 Greenyard Est.
Providence Forge, VA 23140


Julie Heffler
14527 New Found Dr.
Doswell, VA 23047


Justin Condrey
15181 Whispering Springs Pl.
Montpelier, VA 23192

Justin Harsh
7106 Claybird Ln.
Mechanicsville, VA 23111


Justin Thompson
6721 Dogwood Dr.
Quinton, VA 23141


Kameron Milon
500 Stockton St., Unit C211
Richmond, VA 23224


Kathy Larson
11812 Mill Cross Ter.
Glen Allen, VA 23059


Kayle Miller
9206 Alcove Grove Rd.
Chesterfield, VA 23832


Keith Cecil
1130 Heatherstone Dr.
Fredericksburg, VA 22407


Ken McCarthy
14185 Boonedock Ln.
Montpelier, VA 23192


Kenneth Perry
9331 Staple Ln.
Mechanicsville, VA 23116


Kenric Chu
11920 Old Washington Hwy.
Glen Allen, VA 23059


Kevin M. O'Donnell, Esq.
Henry & O'Donnell, P.C.
300 N. Washington St., #204
Alexandria, VA 22314


Kevin McRay
9358 Barnescrest Dr.
Mechanicsville, VA 23116

Kevin Stanco
1610 Palmrya Ave.
Richmond, VA 23227


Kimberly Mills
20280 Ben Gayle Rd.
Beaverdam, VA 23015


Kimberly Waldron
4 E. Sedwick St.
Sandston, VA 23150


Kleanthis Andreadakis
9427 Wild Rose Ct.
Mechanicsville, VA 23116


Kyle Holden
9467 Sir Michael Ln.
Mechanicsville, VA 23116


Larry Chiappa
91 Lupine Ln.
Aylett, VA 23009


Larry Shaia
10110  Cedarview Ct.
Mechanicsville, VA 23116


Latney Shemeka
10405 Whirlaway Ln.
Ruther Glen, VA 22546


Lawrence Paul
696 Scott Rd.
Richmond, VA 23227


Legacy Scenic Design
14725 F Flint Lee Rd.
Chantilly, VA 20151


Leslie McCauley
P.O. Box 6422
Ashland, VA 23005

Lewis Lautenslager
10938 Greenaire Pl.
Henrico, VA 23233


Linwood Pleasant
10301 Jamestown Rd.
Ashland, VA 23005


Lisa Goodman
13100 Greenwood Church Rd.
Ashland, VA 23005


Lohegrin Rodriguez
15584 Cape Fear Ln.
Kinsale, VA 22488


Lori Crume
5992 Dugout Terrace
Mechanicsville, VA 23111


Louis Ross, III
5710 46th Pl.
Hyattsville, MD 20781


Marc May
4521 Alliance Way
Fredericksburg, VA 22408


Mark Cantrell
3916 Lyndale Pl.
Richmond, VA 23235


Mark Diaz
9504 Coalville Dr.
Henrico, VA 23294


Mark Hornfeck
305 Green Hollow Ln.
Sandston, VA 23150


Mark Hottle
10175 Suzanne Dr.
Mechanicsville, VA 23116

Mark Javner
P.O. Box 278
Hanover, VA 23069


Mark Richardson
123 Giddy Up Ln.
Ashland, VA 23005


Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604


Mary Parlock
747 Lake Caroline Dr.
Ruther Glen, VA 22546


Matt Ladd
M2Systems
2200 Wilson Blvd., #102
Arlington, VA 22201


Matthew Goss
909 Perry St., Unit 209
Richmond, VA 23224


Matthew Harris
31 Little Creek Ln.
Fredericksburg, VA 22405


Matthew Jones
29751 Monarch Dr.
San Juan Capistrano, CA 92675


Matthew Steverson
3 Lychester Dr.
Fredericksburg, VA 22406


Maxx McKinney
1836 Parkwood Ave.
Richmond, VA 23220


Merritt Murry
903 Kilby Station R.
Ashland, VA 23005

Micah Broussaro
3706 Pease Rd.
Midlothian, VA 23112


Michael Clare
46860 Hilton Dr., #2623
Lexington Park, MD 20653


Michael Corrigan
706 Prince Edward St.
Fredericksburg, VA 22401


Michael Fox
6 Fawn Cove
Ruther Glen, VA 22546


Michael Gilligan
6201 Walborough Ct.
Glen Allen, VA 23059


Michael Hoover
150 Newton Dr.
Aylett, VA 23009


Michael Jackson
7000 Deer Run Ln.
Midlothian, VA 23112


Michael Knox
8232 Stumpy Rd.
Hanover, VA 23069


Michael Kolodzinski
23134 Seattle Slew Ln.
Ruther Glen, VA 22546


Michael Parker
3715 Gardens Rd.
Mineral, VA 23117


Michael Pope
7424 E. Well Rd.
Mechanicsville, VA 23111

Michael Ray
2515 Indale Rd.
Glen Allen, VA 23060

Michael Smith
9531 Evergreen Cir.
Fredericksburg, VA 22407

Michael Stockhausen
11022 Stonefield Ct.
Mechanicsville, VA 23116

Michael Williams
1705 N. Battery Dr.
Richmond, VA 23222

Michelle Banks
13475 Farmer Dr.
Woodford, VA 22580

Mike Patterson
13620 Peaceful Ln.
Ashland, VA 23005

Monica Cook
P.O. Box 220960
Chantilly, VA 20153

Myra Hey
14341 W. Patrick Henry Rd.
Doswell, VA 23047

Nathan Delong
18327 Democracy Ave.
Ruther Glen, VA 22546

Nathan Murray
2734 Broad St.
Gum Spring, VA 23065

Naveed Yousufzai
3039 Oakley Pointe Ter.
Richmond, VA 23223

Nelson Clanton
13358 Diamond Ridge Dr.
Midlothian, VA 23112


Nicholas Fortune
205 Village Ct.
Ruther Glen, VA 22546


Nicholas Rios
8303 Briarthorn Ct.
Mechanicsville, VA 23116


Nicole Lane
24272 Jefferson Davis Hwy.
Ruther Glen, VA 22546


Norbert Ponweiser
800 Semmes Ave., Unit 602
Richmond, VA 23226


Oakley Sales Corp.
One Icon
Foothill Ranch, CA 92610


Orlando Irving
2228 Thomas Kerry Dr.
Glen Allen, VA 23060


Overton Hughlett
9110 Pantego Ln.
Mechanicsville, VA 23116


Pamela Ireland
5577 Smokey Rd.
Aylett, VA 23009


Patricia Sullivan
47 Rubins Walk
Fredericksburg, VA 22405


Paul Burnette
5556 Villa Green Dr.
Providence Forge, VA 23140

Paul Ludwig
P.O. Box 4429
Midlothian, VA 23112


Peggy Penny
P.O. Box 393
Aylett, VA 23009


Phillip Carr
8346 Plum Grove Dr.
Mechanicsville, VA 23111


Phyllis Acors
5211 Calvert Ct.
Fredericksburg, VA 22407


Potomac Environmental, Inc.
P.O. Box 1836
Stafford, VA 22555


Pyramex Safety
P.O. Box 1000, Dept. 324
Memphis, TN 38148


Qing Feing
5505 Barnsley Terrace
Glen Allen, VA 23059


R. Webb Moore, Esq.
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, VA 23218-0500


Rahim Moosa
9502 Sara Beth Cir.
Glen Allen, VA 23060


Ramiro Sanchez
115 Slash Rd.
Ashland, VA 23005


Randolph Thompson
9334 Falcon Dr.
Mechanicsville, VA 23116

Randy Lang
4016 McHoward Rd.
Richmond, VA 23237


Raymond Faszewski
14201 Southwell Ct.
Midlothian, VA 23113


Raymond Scott
11464 Haltonshire Way
Glen Allen, VA 23059


Rex Born
1863 N. Washington St.
Henrico, VA 23075


Richard Bradford
16165 Chriswell Ln.
Beaverdam, VA 23015


Richard Burton
6298 Greystone Creek Rd.
Mechanicsville, VA 23111


Richard Clark
6612 Williams Ln.
Spotsylvania, VA 22551


Richard Class
11004 Founders Pl.
Mechanicsville, VA 23116


Richard Timok
5133 Chelsea Brook Ln.
Glen Allen, VA 23060


Richard Whitaker
6503 White Post Rd.
Centreville, VA 20121


Richmond Times Dispatch
P.O. Box 2775
Richmond, VA 23261

Rick Delong
8112 Entry Schul Rd.
Waynesboro, VA 22980


Ricky Hendricks
200 Monor St.
Richmond, VA 23222


Robert Ahnen
212 Kent Dr.
Ruther Glen, VA 22546


Robert Barclay
4004 Longwood Dr.
Fredericksburg, VA 22408


Robert Bell
6621 Glebe Point Rd.
Chesterfield, VA 23838


Robert Buccafusco
13725 Village Ridge Dr.
Midlothian, VA 23114


Robert Dorton
131 Sunny Dr.
Ashland, VA 23005


Robert Eanes
14712 Rockyrun Rd.
Chesterfield, VA 23838


Robert Easley
2419 Wright Ave.
Richmond, VA 23224


Robert Guilbert
11016 Naples Ct.
Fredericksburg, VA 22407


Robert Honeycut
3111 Abelia Rd.
Henrico, VA 23228

Robert Jefferies
907 Carol Ln.
Fredericksburg, VA 22405


Robert Lentz
377 Minor Rd.
Tappahannock, VA 22560


Robert Martin
303 Axalia Dr.
Fredericksburg, VA 22408


Robert Oliver
8424 Prospect Ln.
Ashland, VA 23005


Robert S. Naftal, Esq.
Robert S. Naftal, P.C.
11260 Roger Bacon Dr., #504
Reston, VA 20190


Robert Steele, III
9024 Forest Haze Ct.
Mechanicsville, VA 23116


Ronald Harlan
P.O. Box 1882
Midlothian, VA 23113


Ronald Milta
10015 Berry Pond Ln.
Mechanicsville, VA 23116


Ronnie Doggett
7199 East Blvd.
Mechanicsville, VA 23111


Rowley Molina
13572 Providence Run Rd.
Ashland, VA 23005


Roy Brooks
10243 Still Creek Ln.
Mechanicsville, VA 23116

Rufus Holley
707 Boulders Spring Dr.
Richmond, VA 23225


Safety Kleen
P.O. Box 382066
Pittsburgh, PA 15250


Samual Hayden
2515 Farrand St.
Henrico, VA 23231


Sandy Spring Bank
17801 Georgia Ave.
Olney, MD 20832


Sandy Spring Bank
Attn:  Loan Administration
148 Jennifer Rd.
Annapolis, MD 21401


Scott Atkins
10040 Honey Meadows Rd.
Mechanicsville, VA 23116


Scott Black
2329 Pathfinder Cir.
Henrico, VA 23294


Scott Metzger
17410 Harding. Dr.
Bowling Green, VA 22427


Sean Park
411 Balnbridge St.
Richmond, VA 23224


Sean Pyne
4113 Meadowgreen Ct.
Henrico, VA 23294


Shane Hannaford
4830 Jaydee Dr.
Moseley, VA 23120

Shannon Brooks
807 La Von Dr.
Richmond, VA 23227


Shannon Sexton
10703 Mockingbird Ln.
Spotsylvania, VA 22553


Sherwin Beck
19231 Polishtown Rd.
Barhamsville, VA 23011


Spencer Parrish
11269 Old Scotland Rd.
Glen Allen, VA 23059


Springfield Armory
430 W. Main St.
Geneseo, IL 61254


Stanley Brown
9112 Westone Rd.
Mechanicsville, VA 23116


State Police
P.O. Box 85076
Richmond, VA 23261


Stein Lien
5207 Drakes Ct.
King George, VA 22485


Stephanie Smith
10256 Stratford Hall Ct.
Mechanicsville, VA 23116


Stephen Boyle
905 Palace Way
Henrico, VA 23238


Stephen Fleming
5717 Glen Eagles Dr.
Fredericksburg, VA 22407

Stephen Hatcher
10041 Pamunkey Rd.
Mechanicsville, VA 23116


Steve Jeffrey
4001 Ironwoods Walk Dr.
Glen Allen, VA 23059


Steven Treon
9018 Laurel Branch Cir.
Mechanicsville, VA 23116


Stuart Harris
13011 Greenwood Rd.
Glen Allen, VA 23059


Susan Zimmerman
4200 Hickory Nut Pl.
Midlothian, VA 23112


Sydney Vanlow
45 Pleasant Run Dr., Apt. H
Henrico, VA 23238


Syed Shihan
2410 Sunnybrook Rd.
Henrico, VA 23294


Targetworx, Inc.
391 4th St., Suite 19
Annapolis, MD 21403-2642


Teon Wilson
9243 Lost Forest Dr.
Richmond, VA 23237


Terralis Gibson
11814 Hunting Ridge Dr.
Fredericksburg, VA 22407


The Supply Room
P.O. Box 791416
Baltimore, MD 21279

Theodore Mgowan
66 Bear Ct.
Bumpass, VA 23024


Theodore Weber
5107 Macamara Dr.
Fredericksburg, VA 22407


Thomas Daneker
9160 Craney Island Rd.
Mechanicsville, VA 23116


Thomas Gordon
467 Land Or Drive
Ruther Glen, VA 22546


Thomas Hall
401 Short St.
Alexandria, VA 22305


Thomas Hudgins
109 N. Macon Terashland
Ashland, VA 23005


Thomas Hughes, III
7553 Hidden Lake Cir.
Mechanicsville, VA 23111


Thomas Petet
3290 Southern Pines Dr.
Hopewell, VA 23860


Thomas Redford
4829 Suecla Dr.
Henrico, VA 23231


Thomas Van Driest
2407 Bermuda Ave.
Chester, VA 23836


Thomas White
3627 Carolina Ct.
Fredericksburg, VA 22408

```
Thomas Williams
7011 Sunnyhill Dr.
Mechanicsville, VA 23111


Thomas Williams
8065 S. Mayfield Ln.
Mechanicsville, VA 23111


Thornton White
8305 Penobscot Rd.
Richmond, VA 23220


Timothy Davidson
13179 Waltons Tavern Rd.
Montpelier, VA 23192


Timothy Ozman
1789 Exol Rd.
Center Cross, VA 22437


Tina Franklin
4824 Cedar Cliff Rd.
Chester, VA 23831


Toby Channya
741 Stonemeadow Dr.
Glen Allen, VA 23060


Tommie Newton
9536 Windsor Shade Dr.
Ashland, VA 23005


Tracie Owens
6361 Chenault Way
Mechanicsville, VA 23111


Tracy Short
2305 Nelson St.
Henrico, VA 23228


Troy Garrett
9517 Airdrie Ln.
Fredericksburg, VA 22408
```

Tyaira Williams
604 E. Westover Hills
Richmond, VA 23225


Tyler Thomas
9283 Jordans Journey Ct.
Mechanicsville, VA 23116


Uline
P.O. Box 88741
Chicago, IL 60680


Unifirst Corporation
2001 Church St.
Norfolk, VA 23504


VA. Dept of Game and
Inland Fisheries
7870 Villa Park Dr.
Henrico, VA 23228


Victoria Childress
4226 Fox Hunter Ln.
Mechanicsville, VA 23111


Victoria Houston
7446 Mountain Lily Ln.
Mechanicsville, VA 23111


Victoria O'Keefe
7809 Silktree Pl.
Mechanicsville, VA 23111


Virgil Gray
10318 Edinburgh Dr.
Spotsylvania, VA 22553


Virginia Beach-Cook
410 Wesley St.
Ashland, VA 23005


Virginia Filters and Supply
P.O. Box 37237
Richmond, VA 23237

Warren Frederick
303 S. Holly St.
Henrico, VA 23075


Watts Group, Inc.
11094D Lee Hwy.
Fairfax, VA 22030


Wells Fargo
P.O. Box 10306
Des Moines, IA 50306-0306


Wesley Peace
7558 Quail Run Ln.
Mechanicsville, VA 23116


William Abernathy
15567 Coatsville Rd.
Beaverdam, VA 23015


William Astin
8274 Carrolton Ridge Pl.
Mechanicsville, VA 23111


William Boice
10104 Cherrywood Dr.
Henrico, VA 23238


William Boland
2530 Circle Oak Ct.
Glen Allen, VA 23060


William Everette
2711 Spinnaker Ct.
Henrico, VA 23233


William Fletcher
6525 Timberland Dr.
Sandston, VA 23150


William Gaines
1100 Jockey Ct.
Henrico, VA 23231

William Johnson
122 Barker Ave.
Richmond, VA 23223


William Krebs, Jr.
10931 Branch Rd.
Glen Allen, VA 23059


William Lohn
300 Oak Springs Dr.
Aylett, VA 23009


William McCoy
321 Forrest Ave.
Richmond, VA 23223


William Miller
9051 Stlers Ln.
Mechanicsville, VA 23116


William Moftsinger
1860 Roundfield Lounge
Manakin Sabot, VA 23103


William Seymour
11450 Westwind Dr.
Orange, VA 22960


Williams Woods
6581 Rural Point Rd.
Mechanicsville, VA 23116


Wilson Coleman
9301 Huron Ave.
Henrico, VA 23294


Winding Brook Range, LLC
Attn: Robert Alvarez, Manager
13552 Heritage Farm Dr.
Gainesville, VA 20155


Winding Brook Range, LLC
Attn: Sharad Gupta
6594 Ellies Way
Fairfax Station, VA 22039

```
Winding Brook Range, LLC
13552 Heritage Farm Dr.
Gainesville, VA 20155
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re    Blue Ridge Arsenal at Winding Brook LLC

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Blue Ridge Arsenal at Winding Brook LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 18, 2017

Date

/s/ Steven B. Ramsdell, VA Bar

Steven B. Ramsdell, VA Bar #33222

Signature of Attorney or Litigant

Counsel for    Blue Ridge Arsenal at Winding Brook LLC

Tyler, Bartl, Ramsdell & Counts, PLC
300 N. Washington St.
Suite 310
Alexandria, VA 22314
(703) 549-5000 Fax:(703) 549-5011